IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| E.V. DRAKE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-99 |
| v. | |
| TRAVELERS COMMERCIAL INSURANCE COMPANY, et al., | |
| Defendants. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 27, 2020, Report and Recommendation, (doc. 9), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as its opinion. All filing restrictions and other instructions outlined by Magistrate Judge Ray in the Report and Recommendation are **ADOPTED** by this Court. Such restrictions shall apply to this and all future cases in this District brought by Plaintiff Drake.[1] The Clerk of Court is directed to implement the restrictions in the Report and Recommendation in this case and future cases brought by Mr. Drake.

**SO ORDERED**, this 24th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is advised that Drake has previously filed cases in this and other districts under the names: Eric Drake, Eric Von Drake, E. Drake, E.V. Drake, Eric Vondrake, and E. Vondrake.