IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| E.V. DRAKE, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS COMMERCIAL INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 4:20-cv-99 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 12, 2021, Report and Recommendation, (doc. 13), to which no objections have been filed. The Magistrate Judge recommended that this case be dismissed for plaintiff's failure to comply with the Court's rule requiring him to apprise the Court of his current address and for failure to prosecute. (Id.). Plaintiff has not provided the Court with his current address. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. The Complaint is **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 24th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA